⹂PROB 35
(Rev. pawp 6 03)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**



# UNITED STATES DISTRICT COURT

FOR THE

## Western District Of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 0315 2:00CR00116-001 |
| Charles A Brace | |

On September 25, 2002, the above named began supervised release for a period of 60 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Paul J Dippolito
Supervising United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 20 _____.

_____
Maurice B. Cohill Jr.
Senior United States District Judge